IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 18-CV-03009 |
| | ) | |
| v. | ) | Honorable Judge John J. Tharp |
| | ) | |
| MEDICAL DISCOUNT SERVICES, INC., | ) | Magistrate Judge M. David Weisman |
| BRIAN MESIKA and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO: *See Certificate of Service*

**PLEASE TAKE NOTICE,** that on July 25th, 2018 at 9:00 am, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge John J. Tharp or any judge sitting in his/her stead in courtroom 1419, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present: **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT,** a copy of which is served upon you.

                                                                        */s/Dujijaza Clark*
                                                                        Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

        I, Dulijaza Clark, certify that on July 20, 2018, I caused to be filed the foregoing documents with the Clerk of the Court using the CM/ECF System. I further certify that on this date, July 20, 2018, I caused to be served a true and accurate copy of the foregoing documents via UPS mail upon:

Medical Discount Services, Inc.,
C/O Darryl Schreiber, Registered Agent
5600 Sheridan St.
Hollywood, FL 33021

Brian Mesika
5601 Powerline Rd.
Ste. 201
Fort Lauderdale, FL 33309

                                    /s/ *Dulijaza Clark*
                                    Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)