## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Glen Ellyn Pharmacy, Inc.

                           Plaintiff,

v.                                            Case No.: 1:18−cv−03009
                                            Honorable John J. Tharp Jr.

Medical Discount Services, Inc., et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 25, 2018:

      MINUTE entry before the Honorable John J. Tharp, Jr:Motion hearing held. Defendants did not appear. For reasons stated on the record, plaintiff's motion for default judgment as to defendant Medical Discount Services, Inc. [16] is granted. Enter Order. Case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.