**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 18-CV-03009 |
| | ) | |
| v. | ) | Honorable Judge John J. Tharp |
| | ) | |
| MEDICAL DISCOUNT SERVICES, INC., | ) | Magistrate Judge M. David Weisman |
| BRIAN MESIKA and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | Defendants. |
| | ) | |

## ORDER ENTERING DEFAULT JUDGMENT

This matter coming to be heard on Plaintiff's Motion for Entry of Default Judgment, all parties having notice and the Court being fully advised in its premises,

IT IS HEREBY ORDERED:

Default judgment is entered against Defendant Medical Discount Services, Inc., and in Glen Ellyn Pharmacy, Inc.'s favor, in the amount of $12,000.00 for Plaintiff in statutory damages, plus $4,150.00 in attorney's fees and $660.00 in costs of suit.

Defendant Medical Discount Services, Inc., is enjoined from further transmitting unsolicited facsimile advertisements into the state of Illinois to Plaintiff Glen Ellyn Pharmacy, Inc.

Plaintiff's individual claims against Defendant Brian Mesika and John Does 1-10 are dismissed without prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41.

The claims of the putative class are dismissed without prejudice and without costs.

Dated: 7/31/18

Judge John J. Tharp
United States District Judge